IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:        :        MISCELLANEOUS
                         :
ROBERT WILLIAM STEIN     :        NO. 12-mc-0211

### ORDER

**AND NOW**, this 2nd day of October, 2012, respondent having been ordered on August 22, 2012, to show cause, within thirty (30) days, why he should not be placed on **temporary suspension** from the practice of law in this court, effective thirty (30) days from August 16, 2012, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is placed on **temporary suspension** from the practice of law in this court, effective thirty (30) days from August 16, 2012, and until further Order of this court.

BY THE COURT:

/s/ J. Curtis Joyner
**J. CURTIS JOYNER**
**Chief Judge**